| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>SEAY, FRANK H. | 2. Court or Organization<br><br>US DISTRICT COURT-EASTERN | 3. Date of Report<br><br>04/21/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE-SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>EASTERN DISTRICT OF OKLAHOMA<br>UNITED STATES COURTHOUSE<br>MUSKOGEE, OK 74402-0828 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE   2010 MAY 10 A 11: 53   RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 04/21/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | STATE OF OKLAHOMA - TEACHERS RETIREMENT SYSTEM |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 04/21/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 04/21/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1/64 WI IN OLIP, MCGIRT & DIXON, HUGHES COUNTY, OK | C | Royalty | J | W | | | | | |
| 2. 1/64 WI IN MCCASLIN #1 & #2, SEMINOLE COUNTY, OK | B | Royalty | J | W | | | | | |
| 3. 1/27 WI IN BOYD #2, HUGHES COUNTY, OK | A | Royalty | J | W | | | | | |
| 4. 1/20 WI IN BE #1 & #2, HUGHES COUNTY, OK | A | Royalty | J | W | | | | | |
| 5. 1/32 ORRI IN OLIPHANT #2, HUGHES COUNTY, OK | B | Royalty | J | W | | | | | |
| 6. 1/20 WI IN KAMPERMAN, HUGHES COUNTY, OK | A | Royalty | J | W | | | | | |
| 7. 1/40 WI IN ENNIS #1-25, SEMINOLE COUNTY, OK | | None | J | W | | | | | |
| 8. 1/40 WI IN HM #1 & #2, HUGHES COUNTY, OK | B | Royalty | J | W | | | | | |
| 9. 1/64 WI IN BULL PASTURE, SEMINOLE COUNTY, OK | | None | J | W | | | | | |
| 10. PRODUCING MIN INT-WILLACY CT, TX APPRAISAL 3-29-89 | E | Royalty | J | W | | | | | |
| 11. 1/64 WI IN BULL #1, SEMINOLE COUNTY, OK | B | Royalty | J | W | | | | | |
| 12. 1/64 WI IN COWBOY #1 -HUGHES, COUNTY, OK | A | Royalty | J | W | | | | | |
| 13. 1/64 WI IN COWBOY #2 - HUGHES, COUNTY, OK | | None | J | W | | | | | |
| 14. NON-PROD MIN INT-GARVIN, POTT & SEM CT,OK APPRAISAL 3-29-89 | | None | J | W | | | | | |
| 15. PRODUCING MINERAL INT - SEMINOLE CO., OKLA | A | Royalty | J | W | | | | | |
| 16. 1/64 WI IN JOHN W #1, SEMINOLE COUNTY, OK | B | Royalty | J | W | | | | | |
| 17. CD'S, SAVINGS & DEMAND DEPOSIT, BANCFIRST, SEMINOLE | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 04/21/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. SAVINGS ACCOUNT, BANK OF THE WEST | | None | | | Closed | 01/01/09 | J | | |
| 19. EDWARD D. JONES ACCOUNT | | | | | | | | | |
| 20. - EDJ-INTEREST | B | Interest | J | T | | | | | |
| 21. -EDJ-CD-DMB COMMUNITY BANK | | | | | Buy | 01/01/09 | J | | |
| 22. -EDJ-CD-MD FINANCIAL BANK | | | | | Buy | 01/01/09 | J | | |
| 23. - EDJ-VAN KAMPEN EMERGING GRTH CL C | | None | J | T | | | | | |
| 24. - EDJ-SONOFI SYNTHELABO SPON | A | Dividend | J | T | | | | | |
| 25. - EDJ- HARTFORD EQUITY FUNDS | A | Dividend | J | T | | | | | |
| 26. - EDJ-BP PLC | A | Dividend | J | T | | | | | |
| 27. - EDJ-CHESAPEAKE | A | Dividend | J | T | | | | | |
| 28. -EDJ-HARTFORD EQUITY INCOME | A | Dividend | J | T | Buy (add'l) | 04/30/09 | J | | |
| 29. MERRILL LYNCH ACCOUNT | | | | | | | | | |
| 30. MERRILL LYNCH-INTEREST | B | Interest | J | T | | | | | |
| 31. -ML-AMERN INCM FD OF AMER | A | Dividend | J | T | | | | | |
| 32. -ML-BOND FUND OF AMERICA | B | Dividend | K | T | | | | | |
| 33. -ML-CD-CAPITAL ONE NA MCLEAN | | | | | Sold | 03/05/09 | K | | |
| 34. -ML-CD-BANCO POP PUERTO RIOC | | | | | Sold | 09/17/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000.001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 04/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -ML-CD-BANCO BILBAO VIZCAYA | | | | | Buy | 03/04/09 | K | | |
| 36. -ML-CD-BANK OF AMERICA NA | | | | | Buy | 09/15/09 | K | | |
| 37. - ML-NEUROCRINE INC | | None | J | T | | | | | |
| 38. - ML-DAVIS NY VENTURE | A | Dividend | J | T | | | | | |
| 39. - ML-DREYFUS PREMIER INTL | | | | | Sold | 09/24/09 | J | | |
| 40. - ML-FEDERATED KAUFMANN FUND | | None | J | T | | | | | |
| 41. - ML-FIDELITY ADV DIVERSIFIED | A | Dividend | J | T | | | | | |
| 42. - ML-MUTUAL SHARES | A | Dividend | J | T | | | | | |
| 43. - ML-OPPENHEIMER CAPITAL | | None | J | T | | | | | |
| 44. METLIFE WHOLE LIFE POLICY | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 04/21/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| SEAY, FRANK H. | 04/21/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544